IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **03-cr-518-JLK-2**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**WAYNE WHEELOCK,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Compliance Review Hearing is set for **August 26, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: August 18, 2010